# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Cheyenne Benjamin | : | Chapter 13 |
| | : | Case No.: 22-11463-ELF |
| Debtor(s) | : | |

## MOTION TO VACATE ORDER DISMISSING THE CHAPTER 13 CASE

Debtor, Cheyenne Benjamin, by and through Attorney Brad J. Sadek, Esq., moves this Honorable Court to vacate the July 21, 2022 Order Dismissing the Chapter 13 case and in support thereof avers the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on June 6, 2022 as an Emergency Petition.

2. On July 21, 2022, an Order was entered dismissing the Chapter 13 Bankruptcy due to the debtor's failure to submit the remaining schedules of the Chapter 13 Petition.

3. The debtor has supplied the required information necessary to complete the remaining schedules of the Chapter 13 Petition and the same will be filed contemporaneously with this pleading.

WHEREFORE, Debtor, by and through the undersigned counsel, respectfully request this Honorable Court to enter an Order Vacating the July 21, 2022 Order dismissing the Chapter 13 case.

Dated: July 26, 2022

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard Suite #220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com