IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Cheyenne Benjamin : | Chapter 13 |
| : | Case No.: 22-11463-ELF |
|    Debtor(s) : | |

**O R D E R**

AND NOW, this  31st day of    August  2022, upon consideration of the Motion to Vacate the Order Dismissing the Chapter 13 Case, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED**   that the Motion is **DENIED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**